■ CHRISTINE MONAHAN, Respondent, v BRIAN MONAHAN, Appellant. [927 NYS2d 923]—

Contrary to the defendant's contention, the record supports the Supreme Court's determination that his failure to pay child support arrears was willful (*see* Domestic Relations Law § 245; *Taylor v Taylor*, 83 AD3d 815 [2011]; *Lopez v Ajose*, 33 AD3d 976 [2006]). Skelos, J.P., Belen, Hall and Roman, JJ., concur.